

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

**KATHLEEN JENNINGS**
ATTORNEY GENERAL

CIVIL DIVISION (302) 577-8400
FAX: (302) 577-6630

July 1, 2021

<u>VIA CM/ECF</u>
The Honorable Leonard P. Stark
J. Caleb Boggs Federal building
844 N. King Street, Room 6124
Wilmington, DE 19801-3555

Re:   *Denham, et al. v. Hall-Long, et al.,* C.A. No. 21-511-LPS

Dear Chief Judge Stark:

Defendants Bethany A. Hall-Long, David P. Sokola, Bryan Townsend, S. Elizabeth Lockman, Peter C. Schwartzkopf, Valerie Longhurst, and John L. Mitchell (collectively, the "Delaware Democratic Lawmakers") write to provide an update to their Motion to Dismiss Plaintiffs' Complaint filed on June 23, 2021. D.I. 16, 17. In their opening brief, the Delaware Democratic Lawmakers assert that Plaintiffs' request for the Delaware General Assembly to meet in-person and to allow public attendance at Delaware Legislative Hall is moot because the Delaware General Assembly began meeting in-person and permitted the public's in-person attendance. *See* D.I. 17 at 15-16.

The Delaware Democratic Lawmakers write to update the Court that the Delaware General Assembly met virtually and held a special session at midnight on June 30, 2021 as they have traditionally done. No bills or resolutions were discussed or voted on during the June 30th midnight session, nor did anything else of substance occur. There will also be no additional virtual sessions as the 151st General Assembly is in recess. Therefore, the Delaware Democratic Lawmakers contend that the limited virtual session does not alter the basis of their argument on mootness.

Very truly yours,

*/s/ Allison J. McCowan*

Allison J. McCowan
Deputy Attorney General

cc: Julianne Murray; Richard Forsten