# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MITCHELL DENHAM, *et al.* )<br>            Plaintiffs                    )<br>v.                                                     )<br>                                                      )<br>BETHANY HALL-LONG, *et al.*  )<br>                                                      ) C.A. No. 21-0511-LPS<br>            Defendants                 ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, Mitchell L. Denham, Donna Austin, Kimberley Lake, Jennifer Rambo and John Rigby II, by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the above-identified action.

                                              **LAW OFFICES OF MURRAY, PHILLIPS & GAY**

                                              */s/ Julianne E. Murray*
                                              Julianne E. Murray, Esquire
                                              Bar ID 5649
                                              215 E. Market Street
                                              Georgetown, DE 19947
                                              (302) 855-9300
                                              julie@murrayphillipslaw.com
                                              *Attorney for Plaintiff*

Dated:  July 3, 2021